IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| COREY ALLEN WILSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:11CV972 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE

This matter is before the Court on Petitioner's Objection [Doc. #5] to the Magistrate Judge's Recommendation filed after Judgment was entered by Senior United States District Judge N. Carlton Tilley, Jr. on March 1, 2012 [Doc. #4]. To the extent Petitioner's untimely objections could be construed as a request for Reconsideration under Rule 59(e) or for relief from the Judgment under Rule 60(b), Petitioner has not submitted any basis for reconsideration. The issues raised by Petitioner were considered in the Recommendation, which was reviewed and adopted by Judge Tilley. Therefore, Petitioner's objections, to the extent they could be construed as a motion under Rule 59(e) or Rule 60(b), should be denied.

IT IS THEREFORE RECOMMENDED that Petitioner's untimely Objections [Doc. #5], to the extent they could be construed as a motion under Rule 59(e) or Rule 60(b), to the Magistrate Judge's Recommendation be denied.

This, the 1st day of February, 2013.

                                                      /s/ Joi Elizabeth Peake
                                                     United States Magistrate Judge