IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| COREY ALLEN WILSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) 1:11CV972 |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

ORDER

On February 1, 2013, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. No objections were filed within the time limits prescribed by Section 636.

Therefore, the Court need not make a *de novo* review and the Magistrate Judge's Recommendation [Doc. #6] is hereby adopted.

IT IS THEREFORE ORDERED that Petitioner's untimely Objections [Doc. #5] to the Magistrate Judge's Recommendation is DENIED.

This the 4th day of May, 2016.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge